IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILLIAM WHITTMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:21-cv-00077 (RDA/TCB) ) |
| ASSOCIA, ASSOCIATIONS, INC., et al., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Associations, Inc., Community Management Corporation, and Woodburn Village Condominium Unit Owners Association's ("Defendants") Motion to Dismiss. Dkt. 4. After Defendants filed their Motion to Dismiss Plaintiff William Whittman's ("Plaintiff") Complaint, Plaintiff filed an Amended Complaint. *See* Dkt. Nos. 1; 4; 8. In light the Amended Complaint, it is hereby ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 4) is DENIED as moot.

It is SO ORDERED.

Alexandria, Virginia
September 8, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge