FILED: July 25, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1186
(1:21-cv-00077-RDA-TCB)

_____

WILLIAM WHITTMAN

      Plaintiff - Appellant

v.

ASSOCIA, ASSOCIATIONS, INC.; CMC, (Community Management Corporation); WOODBURN VILLAGE CONDOMINIUM UNIT OWNERS ASSOCIATION AND/OR WOODBURN VLG CONDO UNIT OWNERS, (The Association)

      Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                 /s/ PATRICIA S. CONNOR, CLERK